FILED

2012 Jun-19  PM 03:29
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CASSANDRA BRANDON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO.:** |
| | )      **2:12-cv-02158-SLB** |
| **SANTANDER CONSUMER USA, INC.** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

plaintiff Cassandra Brandon, through her undersigned counsel, hereby voluntarily

dismisses this action without prejudice by filing this Notice.


/s/ D. Frank Davis_____
One of the Attorneys for Plaintiff

**OF COUNSEL:**
D. Frank Davis
John E. Norris
Wesley W. Barnett
Courtney Peinhardt
Andrew S. Herring
Davis & Norris, LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, Alabama 35205
Telephone: 205.930.9900
Facsimile: 205.930.9989
fdavis@davisnorris.com
jnorris@davisnorris.com
wbarnett@davisnorris.com

Courtney@davisnorris.com
aherring@davisnorris.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing document by Electronic Filing, or, if the party does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 19th day of June, 2012.

Santander Consumer USA, Inc.
CT Corporation System
350 N. St. Paul St. Ste. 2900
Dallas, TX 75201

/s/ D. Frank Davis_____
One of the Attorneys for Plaintiff